```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TAMPA SCOTT,                                                :
                                                            :      16 Civ. 1135 (PAE)
                              Plaintiff,                    :
                                                            :      ORDER OF DISMISSAL
              -v-                                           :
                                                            :
THE CITY OF NEW YORK et al.,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

On December 22, 2022, the Court directed plaintiff to file, by January 5, 2023, a letter updating the Court as to his efforts to serve defendant UC 10 and explaining why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Dkt. 105. Plaintiff has not taken these steps or otherwise taken any action to make any progress in this case since the Court's order.

Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for the plaintiff's failure to prosecute.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: January 30, 2023
       New York, New York